**TIMOTHY R. GARRISON**
California State Bar No. 228105
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: timothy_garrison@fd.org

Attorneys for Ms. Hernandez-Sandoval

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08MJ8353 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| ISELA HERNANDEZ-SANDOVAL, | |
| Defendant. | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Timothy R. Garrison, Federal Defenders of San Diego, Inc., files this Notice of Appearance as counsel in the above-captioned case.

Respectfully submitted,

Dated: April 29, 2008         /s/ *Timothy R. Garrison*
                              Federal Defenders of San Diego, Inc.
                              Attorneys for Defendant
                              Timothy_Garrison@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy to Chambers

    Copy to Assistant U.S. Attorney via ECF NEF

    Copy to Defendant

Dated: April 29, 2008
        /s/ *Timothy R. Garrison*
        Federal Defenders of San Diego, Inc.
        225 Broadway, Suite 900
        San Diego, CA  92101-5030
        (619) 234-8467  (tel)
        (619) 687-2666  (fax)
        Timothy_Garrison@fd.org (email)